UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMI LANEA HENSHAW,<br><br>        Plaintiff,<br><br>  v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>        Defendant.<br>_____/ | **CASE NO. 1:14-cv-01788-SKO**<br><br>**ORDER GRANTING EXTENTION OF TIME FOR PLAINTIFF TO FILE OPENING BRIEF**<br><br>**(Doc. 13)** |

      On July 8, 2015, the parties filed a stipulation that Plaintiff be permitted a 30-day extension of time to file an opening brief.

      Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that:

      1.    Plaintiff shall file an opening brief on or before August 10, 2015;

      2.    The Commissioner shall file a responsive brief on or before September 14, 2015; and

      3.    Plaintiff may file a reply brief on or before October 2, 2015.

IT IS SO ORDERED.

Dated:   **July 13, 2015**                  **/s/ Sheila K. Oberto**
                                                        UNITED STATES MAGISTRATE JUDGE