JACQUELINE A. FORSLUND
CSBN 154575
P.O. Box 4476
Sunriver, OR  97707
Telephone:       541-419-0074
Email:            jaf@forslundlaw.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMI LANEA HENSHAW, | Case No.  1:14-cv-001788-SKO |
| Plaintiff, | **STIPULATION AND PROPOSED ORDER FOR EXTENSION OF TIME TO FILE OPENING BRIEF** |
| v. | |
| | (Doc. 15) |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

   IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time 30 days to September 8, 2015, for Plaintiff to file her Opening Brief, in accordance with the Court's Scheduling Order.  This is Plaintiff's second and last request for an extension.  The extension is requested because Plaintiff's counsel is experiencing a backlog in her work load.

1     The parties further stipulate that the Court's Scheduling Order be modified accordingly.

2     Respectfully submitted,

3  Date: August 6, 2015    */s/Jacqueline A. Forslund*

4     JACQUELINE A. FORSLUND

5     Attorney for Plaintiff

6

7  Date: August 7, 2015    */s/\*Kevin Gill*

8     Kevin Gill

9     Special Assistant United States Attorney

10    *By email authorization

11    BENJAMIN J. WAGNER

12    United States Attorney

13    DONNA L. CALVERT

14    Acting Regional Chief Counsel, Region IX

15    Social Security Administration

16    Attorneys for Defendant

17

18    **ORDER**

19
      IT IS SO ORDERED.
20

21    Dated:  **August 7, 2015**            /s/ Sheila K. Oberto
                                     UNITED STATES MAGISTRATE JUDGE
22

23

24

25

26

27

28