1

2   JACQUELINE A. FORSLUND
Attorney at Law
3   CSBN 154575
P.O. Box 4476
4   Sunriver, OR  97707
Telephone:     541-419-0074
5   Email:          jaf@forslundlaw.com

6
Attorney for Plaintiff
7

8

9

10

# UNITED STATES DISTRICT COURT

11

EASTERN DISTRICT OF CALIFORNIA

12

13   TAMI LENEA HENSHAW,                           Case No.  1:14-cv-01788-SKO

14              Plaintiff,                    **STIPULATION AND ORDER FOR
                                              EXTENSION OF TIME TO FILE**
15        v.                                  **OPENING BRIEF**

16   CAROLYN W. COLVIN, Acting
Commissioner of Social Security,
17

18              Defendant.
     _____/

19

20

21        IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to

22   extend the time 30 days to October 8, 2015, for filing of the Opening Brief, in accordance with the

23   Court's Scheduling Order.  This is Plaintiff's second and last request for an extension.  This

24   extension is requested because Plaintiff's counsel is experiencing a backload in her workload that

25   she is in the process of resolving.

26
//
27
//
28

The parties further stipulate that the Court's Scheduling Order be modified accordingly.

Respectfully submitted,

Date:  September 7, 2015

JACQUELINE A. FORSLUND
Attorney at Law
*/s/Jacqueline A. Forslund*
JACQUELINE A. FORSLUND

Attorney for Plaintiff

Date:  September 8, 2015

BENJAMIN B. WAGNER
United States Attorney
DEBORAH STATCHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration

*/s/*Kevin Gill*
KEVIN GILL
Special Assistant United States Attorney
*By email authorization

Attorneys for Defendant

ORDER

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that:

1.      Plaintiff shall file an opening brief on or before October 8, 2015;

2.      The Commissioner shall file a responsive brief on or before November 10, 2015; and

3.      Plaintiff may file a reply brief on or before November 25, 2015.

IT IS SO ORDERED.

Dated:   **September 10, 2015**                          **/s/ Sheila K. Oberto**
                                                    UNITED STATES MAGISTRATE JUDGE

2